IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL DIXON,

      Petitioner,

v.                                           No. CV 13-148 MV/LAM

TIMOTHY HATCH, et al.,

      Respondents.

## ORDER

      **THIS MATTER** is before the Court on Petitioner's *Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. 2)*, filed February 14, 2013, and the Court being fully advised, hereby **FINDS** that the motion is well-taken and should be **GRANTED**;

      **IT IS THEREFORE ORDERED** that the motion to proceed *in forma pauperis* is hereby **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

      **IT IS SO ORDERED.**

      */s/ Lourdes A. Martínez*
      **LOURDES A. MARTÍNEZ**
      **UNITED STATES MAGISTRATE JUDGE**